**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

District of Delaware

Case number (*If known*): _____  Chapter 11

☐ Check if this is an amended filing

## Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

04/20

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | Nine Point Energy Holdings, Inc. |
| 2. | **All other names debtor used in the last 8 years** Include any assumed names, trade names, and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | 8  2  –  0  8  2  8  3  3  1 |

4. **Debtor's address**

**Principal place of business**

1001 17th Street

Number    Street

14th Floor

Denver        Colorado          80202

City          State            ZIP Code

Denver

County

**Mailing address, if different from principal place of business**

Number    Street

City          State            ZIP Code

**Location of principal assets, if different from principal place of business**

Number    Street

City          State            ZIP Code

5. **Debtor's website** (URL)    https://ninepointenergy.com/

6. **Type of debtor**

☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

7. **Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

| Debtor | Nine Point Energy Holdings, Inc. | Case number (*if known*) | |
|--------|----------------------------------|--------------------------|---|
| | Name | | |

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☒ None of the above

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. § 501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)

☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See https://www.uscourts.gov/four-digit-national-association-naics-codes

2 1 1 1

| 8. | **Under which chapter of the Bankruptcy Code is the debtor filing?** | *Check one*: |
|----|----|----|

☐ Chapter 7

☐ Chapter 9

☒ Chapter 11. *Check all that apply*:

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

| 9. | **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?** | ☒ No | | | | | |
|----|----|----|----|----|----|----|----|
| | | ☐ Yes | District | _____ | When | _____ | Case Number | _____ |

If more than 2 cases, attach a separate list.

MM / DD / YYYY

District _____ When _____ Case Number _____

MM / DD / YYYY

| Debtor | Nine Point Energy Holdings, Inc. | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

---

10. **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

   List all cases. If more than 1, attach a separate list.

   ☐ No
   ☒ Yes    Debtor    See attached Schedule 1    Relationship    Affiliate

   District _____    When _____

   MM / DD / YYYY

   Case number, if known _____

---

11. **Why is the case filed in *this district*?**

   *Check all that apply:*

   ☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

   ☒ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

12. **Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

   ☒ No

   ☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

   **Why does the property need immediate attention?** (*Check all that apply.*)

   ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

   What is the hazard? _____

   ☐ It needs to be physically secured or protected from the weather.

   ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

   ☐ Other _____

   **Where is the property?** _____

   Number    Street

   _____

   City    State    ZIP Code

   **Is the property insured?**

   ☐ No

   ☐ Yes.    Insurance agency _____

   Contact name _____

   Phone _____

---

**Statistical and administrative information**

---

13. **Debtor's estimation of available funds**

   *Check one:*

   ☒ Funds will be available for distribution to unsecured creditors.

   ☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

| Debtor | Nine Point Energy Holdings, Inc. | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

---

**14. Estimated number of creditors**

(on a consolidated basis)

☐ 1-49  
☐ 50-99  
☐ 100-199  
☐ 200-999  

☒ 1,000-5,000  
☐ 5,001-10,000  
☐ 10,001-25,000  

☐ 25,001-50,000  
☐ 50,001-100,000  
☐ More than 100,000  

---

**15. Estimated assets**

(on a consolidated basis)

☐ $0-$50,000  
☐ $50,001-$100,000  
☐ $100,001-$500,000  
☐ $500,001-$1 million  

☐ $1,000,001-$10 million  
☐ $10,000,001-$50 million  
☐ $50,000,001-$100 million  
☒ $100,000,001-$500 million  

☐ $500,000,001-$1 billion  
☐ $1,000,000,001-$10 billion  
☐ $10,000,000,001-$50 billion  
☐ More than $50 billion  

---

**16. Estimated liabilities**

(on a consolidated basis)

☐ $0-$50,000  
☐ $50,001-$100,000  
☐ $100,001-$500,000  
☐ $500,001-$1 million  

☐ $1,000,001-$10 million  
☐ $10,000,001-$50 million  
☐ $50,000,001-$100 million  
☒ $100,000,001-$500 million  

☐ $500,000,001-$1 billion  
☐ $1,000,000,001-$10 billion  
☐ $10,000,000,001-$50 billion  
☐ More than $50 billion  

---

**Request for Relief, Declaration, and Signatures**

WARNING – Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

☒ The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

☒ I have been authorized to file this petition on behalf of the debtor.

☒ I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   03/15/2021
             MM / DD / YYYY

**x**   */s/ Dominic Spencer*         Dominic Spencer

    Signature of authorized representative of debtor    Printed name

    Title    Authorized Signatory

---

Debtor    Nine Point Energy Holdings, Inc.                                    Case number (*if known*) _____
          Name

| 18. | **Signature of attorney** | ✘ | /s/ Kara Hammond Coyle | Date | 03/15/2021 |
|---|---|---|---|---|---|

Signature of authorized representative of debtor                                MM/ DD / YYYY

Kara Hammond Coyle
Printed name

Young Conaway Stargatt & Taylor, LLP
Firm name

Rodney Square, 1000 North King Street
Number        Street

| Wilmington | DE | 19801 |
|---|---|---|
| City | State | ZIP Code |

| 302-571-6600 | kcoyle@ycst.com |
|---|---|
| Contact phone | Email address |

| No. 4410 | Delaware |
|---|---|
| Bar number | State |

## Schedule 1

Pending Bankruptcy Cases Filed by the Debtor and Affiliates of the Debtor

On the date hereof, each of the affiliated entities listed below (including the debtor in this chapter 11 case, collectively, the "**Debtors**") filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code in the United States Bankruptcy Court for the District of Delaware.  The Debtors have filed a motion requesting that the chapter 11 cases of these entities be consolidated for procedural purposes only and jointly administered under the number assigned to the chapter 11 case of Nine Point Energy Holdings, Inc.

| |
|---|
| Nine Point Energy Holdings, Inc. |
| Nine Point Energy, LLC |
| Foxtrot Resources, LLC |
| Leaf Minerals, LLC |

**RESOLUTIONS ADOPTED BY**
**UNANIMOUS WRITTEN CONSENT OF THE BOARD OF DIRECTORS OF**
**NINE POINT ENERGY HOLDINGS, INC.**

**March 14, 2021**

On this 14th day of March, 2021, the undersigned, being all of the members of the board of directors (the "**Board of Directors**") of Nine Point Energy Holdings, Inc., a Delaware corporation (the "**Company**" and, collectively with Nine Point Energy, LLC, Foxtrot Resources, LLC, and Leaf Minerals, LLC, the "**Companies**"), do hereby adopt, consent, approve and ratify the following recitals and resolutions (the "**Resolutions Adopted by Unanimous Written Consent**"), pursuant to the provisions of applicable law, based on the advice of the Company's professionals and advisors, and after thorough discussions, effective as of the above date, in lieu of a meeting, and do hereby direct that these Resolutions Adopted by Unanimous Written Consent be filed with the minutes of the proceedings of the Company and that a copy of this these Resolutions Adopted by Unanimous Written Consent be delivered to the Secretary of the Company:

**Approval of Bankruptcy Filing**

**WHEREAS**, the Board of Directors has reviewed and considered the materials presented by the management and financial and legal advisors of the Company regarding the potential present and future liabilities of the Company, the strategic alternatives available to it, the historical performance of the Company, the assets of the Company, the market for the Company's products and services, and the impact of the foregoing on the Company's business;

**WHEREAS**, the Board of Directors has consulted with the management and financial and legal advisors of the Company and has considered fully each of the strategic alternatives available to the Company and the relative risks and benefits of pursuing a bankruptcy proceeding under chapter 11 of title 11 of the United States bankruptcy code (the "**Bankruptcy Code**") with respect to each of the Companies; and

**WHEREAS**, the Board of Directors has determined that it is desirable and in the best interests of the Company, its stakeholders and other interested parties that the Company seek relief under the provisions of the Bankruptcy Code; and

**WHEREAS**, the Board of Directors has determined that it is desirable and in the best interests of the Company, its stakeholders and other interested parties that the Company obtain post-petition financing, including under one or more debtor-in-possession credit facilities.

**NOW, THEREFORE, BE IT RESOLVED**, that the Board of Directors hereby approves the commencement of a case under chapter 11 of the Bankruptcy Code by the Company (the "**Chapter 11 Case**"); and it is further

**RESOLVED**, that the Company is hereby authorized, and each Authorized Person (as defined below) shall be, and hereby is, authorized and directed on behalf of the Company, to commence the Chapter 11 Case by executing, verifying and delivering a voluntary petition in the

name of the Company under chapter 11 of the Bankruptcy Code and causing the same to be filed with the United States Bankruptcy Court for the District of Delaware (the "**Bankruptcy Court**") in such form and at such time as the Authorized Person executing said petition shall determine; and it is further

**RESOLVED**, that the Company is hereby authorized, and each Authorized Person shall be, and hereby is, authorized and directed on behalf of the Company, to seek to have the Chapter 11 Case jointly administered by the Bankruptcy Court with the separate cases commenced by the other Companies under chapter 11 of the Bankruptcy Code (the respective Chapter 11 Case together with such other separate cases, the "**Chapter 11 Cases**"); and it is further

**RESOLVED**, that the Company is hereby authorized, and each Authorized Person shall be, and hereby is, authorized and empowered, on behalf of and in the name of the Company, to take all actions necessary or appropriate for the Company to obtain post-petition financing according to the terms negotiated by such Authorized Person, including under one or more debtor-in-possession credit facilities, and to effectuate the foregoing by (i) agreeing to that certain Senior Secured Superpriority Debtor-in-Possession Credit Facility Term Sheet dated on the date hereof and substantially in the form shared with the Board of Directors (the "**DIP Term Sheet**"), among AB Private Credit Investors LLC as the DIP Agent (as defined in the DIP Term Sheet), the Company, and other lenders party thereto as DIP Lenders (as defined in the DIP Term Sheet), and (ii) entering, during the Chapter 11 Cases, into the DIP Documents (as defined in the DIP Term Sheet), the DIP Swap Documents (as defined in the DIP Term Sheet), such other loan agreements, documents, notes, guaranties, security agreements, pledge agreements, swap agreements, and all other documents, agreements or instruments (collectively with the DIP Term Sheet, the "**Credit Documents**") as may be deemed necessary or appropriate by the Authorized Person; and it is further

**RESOLVED**, that the Company is hereby authorized, and each Authorized Person shall be, and hereby is, authorized and empowered, on behalf of and in the name of the Company, to the extent applicable, to obtain the use of cash collateral, in such amounts and on such terms as may be agreed by any Authorized Person in accordance with the DIP Term Sheet, including the grant of replacement liens or other adequate protection, as is reasonably necessary for the continuing conduct of the affairs of the Company; and it is further

**RESOLVED**, that the Company is hereby authorized, and each Authorized Person shall be, and hereby is, authorized and empowered, on behalf of and in the name of the Company, to enter into such forbearance agreements, waivers, amendments or modifications, or other supplements relating to the Company's existing indebtedness as may be deemed necessary or appropriate by such Authorized Person; and it is further

**RESOLVED**, that the Company is hereby authorized, and each Authorized Person shall be, and hereby is, authorized and empowered, on behalf of and in the name of the Company, to (i) agree to that certain Stalking Horse Term Sheet, dated on the date hereof and substantially in the form shared with the Board of Directors (the "**Stalking Horse Term Sheet**"), which Stalking Horse Term Sheet sets forth the principal terms of a proposed sale transaction during the Chapter 11 Cases of the Companies' assets pursuant to a credit bid by the DIP Lenders and the Company's lenders under that certain Credit Agreement, dated as of June 7, 2019 (as previously amended,

amended and restated, supplemented, or otherwise modified), serving as the stalking horse purchasers, pursuant to section 363(k) of the Bankruptcy Code and in accordance with the terms of the Stalking Horse Term Sheet, and (ii) enter into any definitive documentation, including, without limitation, a purchase and sale agreement during the Chapter 11 Cases for the transactions described in the Stalking Horse Term Sheet as may be deemed necessary and appropriate by such Authorized Person; and it is further

**RESOLVED**, that the Company is hereby authorized, and each Authorized Person shall be, and hereby is, authorized and empowered, with full power of delegation, on behalf of and in the name of the Company, to execute, verify and/or file, or cause to be filed and/or executed or verified (or direct others to do so on their behalf as provided herein), and to amend, supplement or otherwise modify from time to time, all necessary or appropriate documents, including, without limitation, petitions, affidavits, schedules, motions, lists, applications, pleadings and other documents, agreements and papers, including all Credit Documents, and to take any and all actions that the Authorized Person deems necessary or appropriate, each in connection with the Chapter 11 Cases and any post-petition financing or cash collateral usage contemplated hereby or thereby; and it is further

**RESOLVED**, that the Company is hereby authorized, and each Authorized Person shall be, and hereby is, authorized and empowered, on behalf of and in the name of the Company, to employ and retain the law firms of Latham & Watkins LLP and Young Conaway Stargatt & Taylor, LLP to act as attorneys for the Company, AlixPartners, LLP to act as financial advisor for the Company, Perella Weinberg Partners LP to act as investment banker for the Company, Lyons, Benenson & Company Inc. to act as compensation consultant for the Company, and Stretto to act as claims, noticing and solicitation agent for the Company, in each case in connection with the Chapter 11 Cases; and it is further

**RESOLVED**, that the Company is hereby authorized, and each Authorized Person shall be, and hereby is, authorized and empowered, on behalf of and in the name of the Company, to employ and retain such further legal, restructuring, financial, accounting and bankruptcy services firms (together with the foregoing identified firms, the "**Professionals**") as may be deemed necessary or appropriate by the Authorized Person to assist the Company in carrying out its responsibilities in the Chapter 11 Cases and achieving a successful reorganization; and it is further

**General**

**RESOLVED**, that each Authorized Person shall be, and hereby is, authorized and empowered, with full power of delegation, in the name and on behalf of the Company, to take or cause to be taken any and all such further action and to execute and deliver or cause to be executed or delivered, and to amend, supplement or otherwise modify from time to time, all such further agreements, documents, certificates, statements, notices, undertakings and other writings, and to incur and to pay or direct payment of all such fees and expenses, as in the judgment of the Authorized Person shall be necessary, appropriate or advisable to effectuate the purpose and intent of any and all of the foregoing resolutions; and it is further

**RESOLVED**, that all acts lawfully done or actions lawfully taken by any officer of the Company or any of the Professionals in connection with the Chapter 11 Case or any proceedings

related thereto, or any matter related thereto, be, and hereby are, adopted, ratified, confirmed and approved in all respects as the acts and deeds of the Company; and it is further

**RESOLVED**, that any and all actions, whether previously or subsequently taken by any Authorized Person or any other person authorized to act by an Authorized Person, that are consistent with the intent and purpose of the foregoing resolutions or in connection with any matters referred to herein, shall be, and the same hereby are, in all respects, ratified, approved and confirmed; and it is further

**RESOLVED**, that for the purposes of these resolutions, the term "**Authorized Person**" shall mean and include Dominic Spencer, Ashley Garber, and Daniel Taron; and it is further

**RESOLVED**, that to the extent of any inconsistency between the terms of these Resolutions Adopted by Unanimous Written Consent and the by-laws of the Company (the "**By-Laws**"), the terms of these Resolutions Adopted by Unanimous Written Consent shall control and the By-Laws shall be amended hereby; and it is further

**RESOLVED**, that these Resolutions Adopted by Unanimous Written Consent shall be governed by the laws of the State of Delaware (without regard to conflict of laws principles).

[Signature Pages Follow]

US-DOCS\121640899.5

**IN WITNESS WHEREOF**, the undersigned, constituting all of the members of the Board of Directors of the Company, have executed these Resolutions Adopted by Unanimous Written Consent as of the date first set forth above.

 

_____
Patrick J. Bartels Jr.

_____
Dominic Spencer

 

_____
Frederic F. Brace

_____
Gary D. Begeman

 

_____
Alan S. Dawes

 

[Signature Page to the Unanimous Written Consent of the
Board of Directors of Nine Point Energy Holdings, Inc.]

**IN WITNESS WHEREOF**, the undersigned, constituting all of the members of the Board of Directors of the Company, have executed these Resolutions Adopted by Unanimous Written Consent as of the date first set forth above.

_____

Patrick J. Bartels Jr.

_____

Dominic Spencer

_____

Frederic F. Brace

_____

Gary D. Begeman

_____

Alan S. Dawes

[Signature Page to the Unanimous Written Consent of the
Board of Directors of Nine Point Energy Holdings, Inc.]

US-DOCS\121640899.2

**IN WITNESS WHEREOF**, the undersigned, constituting all of the members of the Board of Directors of the Company, have executed these Resolutions Adopted by Unanimous Written Consent as of the date first set forth above.

DocuSigned by:

*Patrick Bartels*

Patrick J. Bartels Jr.

_____

Dominic Spencer

_____

Frederic F. Brace

_____

Gary D. Begeman

_____

Alan S. Dawes

[Signature Page to the Unanimous Written Consent of the
Board of Directors of Nine Point Energy Holdings, Inc.]

**IN WITNESS WHEREOF**, the undersigned, constituting all of the members of the Board of Directors of the Company, have executed these Resolutions Adopted by Unanimous Written Consent as of the date first set forth above.

_____
Patrick J. Bartels Jr.


_____
Dominic Spencer

DocuSigned by:

*Frederic F. Brace*

_____
Frederic F. Brace


_____
Gary D. Begeman


_____
Alan S. Dawes


[Signature Page to the Unanimous Written Consent of the
Board of Directors of Nine Point Energy Holdings, Inc.]

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

```
------------------------------------------------------------  x
                                                              :
In re:                                                        :   Chapter 11
                                                              :
NINE POINT ENERGY HOLDINGS, INC.,                             :   Case No. 21-_____ (_____)
et al.,¹                                                      :
                                                              :   (Joint Administration Requested)
                      Debtors.                                :
                                                              :
------------------------------------------------------------  x
```

**CONSOLIDATED LIST OF CREDITORS HOLDING THE
THIRTY LARGEST UNSECURED CLAIMS**

The above-captioned debtors and debtors in possession (collectively, the "**Debtors**") filed voluntary petitions in this Court on the date hereof for relief under chapter 11 of title 11 of the United States Code (the "**Bankruptcy Code**").   Contemporaneously with the filing of their petitions, the Debtors filed a motion requesting, among other things, authority to file a consolidated list of creditors holding the thirty largest unsecured claims (the "**Largest Unsecured Creditors List**").

The Largest Unsecured Creditors List is based on the Debtors' books and records as of March 14, 2021, and was prepared in accordance with rule 1007(d) of the Federal Rules of Bankruptcy Procedure for filing in the Debtors' chapter 11 cases.   The Largest Unsecured Creditors List does not include persons who come within the definition of "insider" set forth in section 101(31) of the Bankruptcy Code.

The information contained in the Largest Unsecured Creditors List shall not constitute an admission by, nor shall it be binding on, the Debtors.   Moreover, nothing herein shall affect the Debtors' rights to challenge the amount or characterization of any claim at a later date.   The failure to list a claim as contingent, unliquidated, or disputed does not constitute a waiver of the Debtors' rights to contest the validity priority and/or amount of such claim.

---

[1]    The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Nine Point Energy Holdings, Inc. (8331); Nine Point Energy, LLC (0717); Foxtrot Resources, LLC (6690); and Leaf Minerals, LLC (9522).  The Debtors' address is 1001 17th Street, 14th Floor, Denver, Colorado 80202.

Fill in this information to identify the case:

Debtor Name    Nine Point Energy Holdings, Inc., *et al.*

United States Bankruptcy Court for the: District of Delaware

Case number (*If known*): _____    Chapter    11    _____

☐ Check if this is an
amended filing

## Official Form 204

# Chapter 11 or Chapter 9 Cases: Consolidated List of Creditors Who Have the 30 Largest Unsecured Claims and Are Not Insiders    12/15

A list of creditors holding the thirty (30) largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the thirty (30) largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 CALIBER MIDSTREAM PARTNERS LP 950 17TH ST SUITE 1000 DENVER, CO 80202 | TYLER JOHNSON, HEAD OF ACCOUNTING 720-630-2649 TJOHNSON@CALIBERMIDSTREAM. COM | Trade Payable | | | | $3,278,964 |
| 2 HENRY HILL OIL SERVICES 120 26TH ST EAST SUITE 200 WILLISTON, ND 58801 | JACOB BURTON, PRESIDENT OF OPERATIONS OFFICE@HENRYHILLOIL.COM 701-353-5450 | Trade Payable | | | | $855,171 |
| 3 CALIBER MIDSTREAM NORTH DAKOTA LLC 950 17TH ST STE 1000 DENVER, CO 80202 | TYLER JOHNSON, HEAD OF ACCOUNTING 720-630-2649 TJOHNSON@CALIBERMIDSTREAM. COM | Trade Payable | | | | $409,251 |
| 4 BRIGADE ENERGY SERVICES LLC 7430 E CALEY AVE STE 220 CENTENNIAL, CO 80111 | KATIE GENDREAU, OSA KGENDREAU@BRIGADE.ENERGY 701-774-2191 | Trade Payable | | | | $389,566 |
| 5 BAKER HUGHES BUSINESS SUPPORT SERVICES 4525 8TH STREET NORTHWEST MINOT, ND 58703-0601 | CONTRACTS ADMINSTRATION DAKOTA.KENNEY@BAKERHUGHES .COM 713-439-8600 | Trade Payable | | | | $383,393 |
| 6 HILAND PARTNERS HOLDINGS LLC PO BOX 734024 DALLAS, TX 75373-4024 | CALEB JOHNSON, VP COMMERCIAL CALEB_JOHNSON@KINDERMORG AN.COM 918-588-5041 | Trade Payable | | | | $375,000 |
| 7 WEATHERFORD US LP 611 37TH AVE SE BLDG 4 W WILLISTON, ND 58801 | MARK SWIFT, VP US LEGAL.CONTRACTS@WEATHERFO RD.COM 713-836-4000 | Trade Payable | | | | $335,594 |

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 8 WILD TRANSPORT 1627 320TH AVE ISLE, MN 56342 | JONATHAN IRA NUTT, CEO WILDTRANSPORTINC@GMAIL.COM 320-679-1646 | Trade Payable | | | | $326,180 |
| 9 P2 ENERGY SOLUTIONS PO BOX 912692 DENVER, CO 80291-2612 | P2AR@P2ENERGYSOLUTIONS.COM 303-292-0990 | Trade Payable | | | | $202,849 |
| 10 GO WIRELINE LLC 320 8TH AVE E WILLISTON, ND 58801 | RENEE BARNDT, OFFICE MANAGER RBARNDT@GOWIRELINE.COM 701-483-9787 | Trade Payable | | | | $195,750 |
| 11 MCKENZIE ELECTRIC CO-OP PO BOX 649 WATFORD CITY, ND 58854 | INVOICING MCKENZIEELECTRIC@SMARTHUB.COOP 701-444-9288 | Trade Payable | | | | $186,890 |
| 12 ELITE LIFT SOLUTIONS, LLC PO BOX 18 HARDWOOD, ND 58042 | TAMMY OTTESON TAMMY.OTTESON@ELITE-LIFT.COM 701-609-1989 | Trade Payable | | | | $173,416 |
| 13 SALLYPORT COMMERCIAL FINANCE LLC PO BOX 4776 100 HOUSTON, TX 77210-4776 | CHELSIE VAN VOAST CHELSIE@REGENCY-ENERGY-SERVICES.COM 307-851-6358 | Trade Payable | | | | $162,804 |
| 14 SAVAGE SERVICES CORP PO BOX 208238 DALLAS, TX 75320-8238 | DARCYS RIVAS, ACCOUNTS RECEIVABLE SUPERVISOR DARCYRIVAS@SAVAGESERVICES.COM 801-944-6531 | Trade Payable | | | | $136,946 |
| 15 JACAM CHEMICALS 2013 LLC 205 SOUTH BROADWAY STERLING, KS 67579 | CARRIE BALL, GENERAL COUNSEL CARRIE.BALL@JACAM.COM 620-278-3355 | Trade Payable | | | | $135,174 |
| 16 SLAWSON EXPLORATION COMPANY INC 727 N WACO STE 400 WICHITA, KS 67203 | CINDY HOWELL, JIB MANAGER CHOWELL@SLAWSONCOMPANIES.COM 316-263-3201 | Trade Payable | Contingent Unliquidated | | | $133,184 |
| 17 EVOLUTION COMPLETIONS INC 409 8TH AVE EAST, WILLISTON, ND 58801 | ALAN RONESS, PRESIDENT ALANRONESS@EVOLUTIONCOMPOSITES.NET (701) 572-2069 | Trade Payable | | | | $124,935 |
| 18 CALIBER MEASUREMENT SERVICES LLC 950 17TH ST STE 1000 DENVER, CO 80202 | TYLER JOHNSON, HEAD OF ACCOUNTING 720-630-2649 TJOHNSON@CALIBERMIDSTREAM.COM | Trade Payable | | | | $104,000 |
| 19 JENSCO PIPE & EQUIPMENT, INC. 5524 S. JASPER WAY CENTENNIAL, CO 80015 | NATE SAYLOR, VP OPERATIONS JENSCOPIPE@COMCAST.NET 303-358-5552 | Trade Payable | | | | $102,863 |
| 20 TWIN PEAKS ELECTRICAL 610 HILLSDALE ST HELENA, MT 59601 | CHARLIE MILLER, OWNER CMILLER.TWINPEAKS@OUTLOOK.COM 701-770-6522 | Trade Payable | | | | $101,877 |
| 21 PAT'S OFFROAD INC. 17237 HWY US-2 WILLISTON, ND 58801 | CALE KAUPP ACCOUNTSRECEIVABLE@PATSOFFROAD.COM 701-572-0843 | Trade Payable | | | | $94,364 |

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 22 PELOTON COMPUTER ENTERPRISES INC 23501 CINCO RANCH BLVD STE C220 KATY, TX 77494 | ACCOUNTING BILLINGUSA@PELOTON.COM 281-394-2182 | Trade Payable | | | | $79,300 |
| 23 RUGGED ENERGY SERVICES INC 720 S MAIN ST KALISPELL, MT 59901-5342 | KYLE SKYBA, FINANCE MANAGER KSKYBA@JOHNBARREETTCPA.COM 406-755-8868 | Trade Payable | | | | $75,828 |
| 24 RUSCO OPERATING, LLC 98 SAN JACINTO BLVD, STE 550 AUSTIN, TX 78701 | BRANDON PITTARD, ASSOC. GENERAL COUNSEL LEGAL@RIGUP.COM 281-467-3245 | Trade Payable | | | | $75,750 |
| 25 SELLAND CONSTRUCTION INC. 1285 S WENATCHEE AVE WENATCHEE, WA 98801 | JASON GAUL, VP JASON@SELLANDCONSTRUCTION.COM 509-662-7119 | Trade Payable | | | | $64,890 |
| 26 ENDURANCE LIFT SOLUTIONS LLC PO BOX 843175 DALLAS, TX 75284-3175 | TEENA SHERMAN, CSR MANAGER TEENA.SHERMAN@ENDURANCELIFT.COM 903-595-8600 | Trade Payable | | | | $63,893 |
| 27 POWDER RIVER HYDRAULICS LLC PO BOX 18 HARWOOD, ND 58042 | ALYSON ALYSONS@PRHUS.COM 701-609-1989 | Trade Payable | | | | $62,261 |
| 28 KLX ENERGY SERVICES LLC 3040 POST OAK BLVD, 15TH FLOOR HOUSTON, TX 77056 | MARK E COX, NE GEO VP MANAGER AR@KLXENERGY.COM 304-842-3829 | Trade Payable | | | | $57,493 |
| 29 COLTER ENERGY SERVICES USA INC PO BOX 123330 DEPT 3330 DALLAS, TX 75312-3330 | ALIX BASSO, ACCOUNTS RECEIVABLE MANAGER ABASSO@COLTERENERGY.COM 403-995-9886 EXT 108 | Trade Payable | | | | $56,314 |
| 30 RGD TRUCKING INC 5073 146TH AVE NW WILLISTON, ND 58801 | BILLIE PIPPENGER BILLIE@RGDTRUCKING.COM 701-572-1092 | Trade Payable | | | | $53,967 |

3

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

```
-------------------------------------------------------- x
                                                         :
In re:                                                   :   Chapter 11
                                                         :
NINE POINT ENERGY HOLDINGS, INC.,                        :   Case No. 21-_____ (_____)
    et al.,¹                                             :
                                                         :   (Joint Administration Requested)
               Debtors.                                  :
                                                         :
-------------------------------------------------------- x
```

**CONSOLIDATED CORPORATE OWNERSHIP STATEMENT**
**AND LIST OF EQUITY INTEREST HOLDERS PURSUANT**
**TO FED. R. BANKR. P. 1007(a)(1), 1007(a)(3), AND 7007.1**

Pursuant to rules 1007(a)(1) and 7007.1 of the Federal Rules of Bankruptcy Procedure, Nine Point Energy Holdings, Inc. and its affiliated debtors and debtors in possession in the above-captioned cases (each, a "**Debtor**" and, collectively, the "**Debtors**") hereby state as follows:

1.  The following Debtors are 100% owned by Debtor Nine Point Energy, LLC:

    - Leaf Minerals, LLC

    - Foxtrot Resources, LLC

2.  Nine Point Energy, LLC is 100% owned by Debtor Nine Point Energy Holdings, Inc.

3.  Debtor Nine Point Energy Holdings Inc. is owned by a number of shareholders, as set forth below:

| Shareholder Name | Shareholder Address | Approximate Number of Shares Held |
|---|---|---|
| JP MORGAN SECURITIES LLC WITH RESPECT ONLY TO ITS CREDIT TRADING GROUP | 4 METROTECH CTR BROOKLYN, NY 11245-0004 | 235,879,985 |
| CEC II TI POOL LP | 600 TRAVIS ST STE 4700 HOUSTON, TX 77002-2913 | 176,380,726 |
| CANYON VALUE REALIZATION FUND LP | C/O CANYON CORPORATE ACTION 2000 AVENUE OF THE STARS FL 11 LOS ANGELES, CA 90067-4732 | 147,302,028 |
| CANYON BALANCED FUND LP | C/O CANYON CORPORATE ACTION 2000 AVENUE OF THE STARS FL 11 LOS ANGELES, CA 90067-4732 | 103,249,766 |

---

¹  The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Nine Point Energy Holdings, Inc. (8331); Nine Point Energy, LLC (0717); Foxtrot Resources, LLC (6690); and Leaf Minerals, LLC (9522). The Debtors' address is 1001 17th Street, 14th Floor, Denver, Colorado 80202.

| Shareholder Name | Shareholder Address | Approximate Number of Shares Held |
|---|---|---|
| FOUR POINTS MULTI STRATEGY MASTER FUND INC | C/O SHENKMAN CAPITAL MANAGEMENT 262 HARBOR DR FL 4 STAMFORD, CT 06902-7438 | 60,220,444 |
| SPECIAL SITUATIONS INVESTING GROUP II LLC | C/O GOLDMAN SACHS BANK USA 200 WEST ST NEW YORK, NY 10282-2102 | 50,957,988 |
| SHENKMAN ENERGY OPPORTUNITY MASTER FUND LTD | C/O SHENKMAN CAPITAL MANAGEMENT INC 262 HARBOR DR FL 4 STAMFORD, CT 06902-7438 | 46,805,144 |
| FRANKLIN ADVISER INC ACTING AS INVESTMENT MANAGER TO FHIT FRANKLIN HIGH INCOME FUND | 1 FRANKLIN PKWY SAN MATEO, CA 94403-1906 | 46,249,855 |
| AB PRIVATE CREDIT INVESTORS MIDDLE MARKET DIRECT LENDING FUND LP | 1345 AVENUE OF THE AMERICAS FL 37 NEW YORK, NY 10105-0302 | 40,766,391 |
| THE PRUDENTIAL INSURANCE COMPANY OF AMERICA | 2200 ROSS AVE STE 4300 DALLAS, TX 75201-2708 | 36,370,199 |
| P SCM ENERGY HY LTD | % SHENKMAN CAPITAL MANAGEMENT INC 262 HARBOR DR FL 4 STAMFORD, CT 06902-7438 | 35,675,572 |
| THE PNC FINANCIAL SERVICES GROUP | C/O SHENKMAN CAPITAL MANAGEMENT INC 262 HARBOR DR FL 4 STAMFORD, CT 06902-7438 | 24,492,785 |
| ELECTRONIC DATA SYSTEMS RETIREMENT PLAN | % SHENKMAN CAPITAL MANAGEMENT 262 HARBOR DR STAMFORD, CT 06902-7438 | 23,147,278 |
| BOSTON INCOME PORTFOLIO | 2 INTERNATIONAL PL BOSTON, MA 02110-4104 | 16,759,848 |
| AB NPE HOLDINGS LLC | C/O ALLIANCE BERNSTEIN LP 1345 AVENUE OF THE AMERICAS FL 37 NEW YORK, NY 10105-0302 | 12,739,497 |
| CANYON VALUE REALIZATION FUND L P | NATIONAL CORPORATE RESEARCH LTD 850 NEW BURTON RD STE 201 DOVER, DE 19904-5451 | 10,949,997 |
| ORIX FUNDS CORP | 1717 MAIN ST STE 1100 DALLAS, TX 75201-4612 | 10,191,597 |

2

| Shareholder Name | Shareholder Address | Approximate Number of Shares Held |
|---|---|---|
| JPMORGAN SIOF DISTRESSED | 500 STANTON CHRISTIANA RD FL 2 NEWARK, DE 19713-2105 | 10,022,710 |
| ELECTRONIC DATA SYSTEM 1994 PENSION SCHEME | ATTN SHENKMAN CAPITAL MANAGEMENT INC 262 HARBOR DR STAMFORD, CT 06902-7438 | 8,244,170 |
| FREEMAN PARTNERS LP | 100 CRESCENT CT STE 1450 DALLAS, TX 75201-1833 | 8,046,057 |
| HIGH YIELD CORPORATE BOND FUND MOTHER FUND | 309 W 49TH ST FL 19 NEW YORK, NY 10019-7316 | 6,280,841 |
| JP MORGAN INVESTMENT FUND INCOME OPPORTUNITY FUND DISTRESSED | 500 STANTON CHRISTIANA RD FL 2 NEWARK, DE 19713-2105 | 5,025,665 |
| EMPLOYEES RETIREMENT SYSTEM OF TEXAS | 200 E 18TH ST AUSTIN, TX 78701-1400 | 4,287,270 |
| AB PRIVATE CREDIT INVESTORS MIDDLE MARKET DIRECT LENDING FUND II LP | 1345 AVENUE OF THE AMERICAS FL 37 NEW YORK, NY 10105-0302 | 4,076,638 |
| AB PRIVATE CREDIT INVESTORS CORPORATION | 1345 AVENUE OF THE AMERICAS FL 37 NEW YORK, NY 10105-0302 | 3,567,059 |
| HIGH INCOME OPPORTUNITIES PORTFOLIO | 2 INTERNATIONAL PL BOSTON, MA 02110-4104 | 3,382,879 |
| PUTNAM HIGH YIELD TRUST C/O PUTNAM INVESTMENTS JAMES TRAIT | ONE POST OFFICE SQ BOSTON, MA 2109 | 3,186,144 |
| EATON VANCE LIMITED DURATION INCOME FUND | 2 INTERNATIONAL PL BOSTON, MA 02110-4104 | 3,176,815 |
| MACKENZIE CORPORATE BOND FUND | C/O PUTNAM INVESTMENTS JAMES TRAIT ONE POST OFFICE SQUARE BOSTON, MA 2109 | 3,105,342 |
| USAA MUTUAL FUND TRUST USAA HIGH INCOME FUND | 9800 FREDERICKSBURG RD SAN ANTONIO, TX 78240-4100 | 2,656,599 |
| CARGILL INCORPORATED | 825 TOWN & COUNTRY LANE STE 1430 HOUSTON, TX 77024 | 2,547,899 |
| FRANKLIN ADVISERS INC ACTING AS INVESTMENT MANAGER TO MENARD INC | 1 FRANKLIN PKWY SAN MATEO, CA 94403-1906 | 2,334,763 |

3

| Shareholder Name | Shareholder Address | Approximate Number of Shares Held |
|---|---|---|
| FRANKLIN ADVISERS INC ACTING AS INVESTMENT MANAGER TO FRANKLIN LIMITED DURATION INCOME TRUST | 1 FRANKLIN PKWY SAN MATEO, CA 94403-1906 | 2,334,763 |
| HIGHMARK ENERGY INC | 20 HORSENECK LN STE 1 GREENWICH, CT 06830-6300 | 2,289,597 |
| FRANKLIN ADVISERS INC ACTING AS INVESTMENT MANAGER TO CIGNA PENSIONPLAN | 1 FRANKLIN PKWY SAN MATEO, CA 94403-1906 | 2,231,731 |
| FRANKLIN ADVISES INC ACTING AS INVESTMENT MANAGER TO MERCER OPPORTUNISTIC FIXED INCOME FUND | 1 FRANKLIN PKWY SAN MATEO, CA 94403-1906 | 1,860,940 |
| JPMORGAN SECURITIES LLC | 4 METROTECH CTR BROOKLYN, NY 11245-0004 | 1,846,118 |
| KAPITALFORENINGEN UNIPENSION INVEST HIGH YIELD OBLIGATIONER V #243188 | 309 W 49TH ST FL 19 NEW YORK, NY 10019-7316 | 1,567,349 |
| MACKENZIE NORTH AMERICAN CORPORATE | BOND FUND C/O PUTNAM INVESTMENTS JAMES TRAIT ONE POST OFFICE SQUARE BOSTON, MA 2109 | 1,460,307 |
| IG PUTNAM US HIGH YIELD INCOME FUND | C/O PUTNAM INVESTMENTS JAMES TRAIT ONE POST OFFICE SQUARE BOSTON, MA 2109 | 1,339,102 |
| PRUDENTIAL ANNUITIES LIFE ASSURANCE CORPORATION | 2200 ROSS AVE DALLAS, TX 75201-2708 | 1,210,762 |
| INVESTORS CANADIAN HIGH YIELD INCOME FUND | C/O PUTNAM INVESTMENTS JAMES TRAIT ONE POST OFFICE SQUARE BOSTON, MA 2109 | 1,119,806 |
| STICHTING BEWAARDER SYNTRUST ACHMEA GLOBAL HIGH YIELD POOL | C/O PUTNAM INVESTMENTS JAMES TRAIT ONE POST OFFICE SQUARE BOSTON, MA 2109 | 1,044,727 |
| NOMURA MULTI MANAGERS FUND GLOBAL HIGH YIELD BOND 280420 | 309 W 49TH ST FL 19 NEW YORK, NY 10019-7316 | 1,023,723 |
| CALIFORNIA PUBLIC EMPLOYEE RETIREMENT SYSTEM SW7Y | 309 W 49TH ST FL 19 NEW YORK, NY 10019-7316 | 971,651 |

27869652.1

| Shareholder Name | Shareholder Address | Approximate Number of Shares Held |
|---|---|---|
| FRANKLIN ADVISERS INC ACTING AS INVESTMENT MANAGER TO CIGNA HEALTH & LIFE INSURANCE COMPANY | 1 FRANKLIN PKWY SAN MATEO, CA 94403-1906 | 890,402 |
| FRANKLIN ADVISERS INC ACTING AS INVESTMENT MANAGER TO LIFE INSURANCE COMPANY OF NORTH AMERICA | 1 FRANKLIN PKWY SAN MATEO, CA 94403-1906 | 890,402 |
| PUTNAM VARIABLE TRUST PUTNAM VT HIGH YIELD FUND | ONE POST OFFICE SQUARE BOSTON, MA 2109 | 824,255 |
| KAPITALFORENINGAN INDUSTRIENE PRNSION PORTFOLIO HIGH YIELD OBLIGATOR III KZZ08 | 309 W 19TH ST APT 19 NEW YORK, NY 10011-3946 | 692,603 |
| PRUDENTIAL TERM REINSURANCE COMPANY | 2200 ROSS AVE STE 4300 DALLAS, TX 75201-2708 | 637,532 |
| BARCLAYS MULTI MANAGER FUND PLC #BAV32 | 309 W 49TH ST FL 19 NEW YORK, NY 10019-7316 | 595,694 |
| SAFETY NATIONAL CASUALTY CORPORATION #695241 | 309 W 49TH ST FL 19 NEW YORK, NY 10019-7316 | 595,694 |
| STATE OF NJ COMMON PENS FD D | 50 W STATE ST TRENTON, NJ 08608-1220 | 589,571 |
| GREAT WEST FUNDS INC GREAT WEST PUTNAM HIGH YIELD BOND FUND | ONE POST OFFICE SQUARE BOSTON, MA 2109 | 578,123 |
| THE REGENTS OF THE UNIVERSITY OF CALIFORNIA EB6J | 309 W 49TH ST NEW YORK, NY 10019-7316 | 577,965 |
| SLAWSON EXPLORATION COMPANY INC | 727 N. WACO AVE STE 400 WICHITA, KS 67203-3900 | 542,225 |
| NOMURA US HIGH YIELD BOND INCOME | 309 W 49TH ST FL 19 NEW YORK, NY 10019-7316 | 485,825 |
| NOMURA MULTI MANAGERS FUND II US HIGH YIELD BOND 709069 | 309 W 49TH ST FL 19 NEW YORK, NY 10019-7316 | 480,815 |
| FRANKLIN ADVISERS INC ACTING AS INVESTMENT MANAGER TO FRANKLIN HIGH INCOME FUND | 1 FRANKLIN PKWY SAN MATEO, CA 94403-1906 | 468,096 |
| FRANKLIN ADVISERS INC ACTING AS INVESTMENT MANAGER TO FHIT FRANKLIN HIGH INCOME FUND | 1 FRANKLIN PKWY SAN MATEO, CA 94403-1906 | 445,422 |
| FRANKLIN ADVISER IN ACTING AS INVESTMENT MANAGER TO CIGNA PENSION PLAN FOR CERTAIN FORMER EMPLOYEE | 1 FRANKLIN PKWY SAN MATEO, CA 94403-1906 | 440,747 |

| Shareholder Name | Shareholder Address | Approximate Number of Shares Held |
|---|---|---|
| EATON VANCE TRUST COMPANY CIT FOR EMPLOYEE BENEFIT PLANS HIGH YIELD FUND | 2 INTERNATIONAL PL BOSTON, MA 02110-4104 | 366,335 |
| EVTC CTF EATON VANCE TR CO HIGH YIELD COMMON TRUST FUND | 2 INTERNATIONAL PL BOSTON, MA 02110-4104 | 331,991 |
| UNIVEST COMPANY BV HIGH YIELD BOND | C/O PUTNAM INVESTMENTS JAMES TRAIT ONE POST OFFICE SQUARE BOSTON, MA 2109 | 329,050 |
| COMMONWEALTH OF MASSACHUSETTS EMPLOYEE DEFERRED COMPESATION PLAN | 2 INTERNATIONAL PL BOSTON, MA 02110-4104 | 320,543 |
| SIMON CHARITABLE PRIVATE LLC | 1000 LAKESIDE AVENUE CLEVELAND, OH 44114 | 265,529 |
| NOMURA US ATTRACTIVE YIELD CORPORATE BOND FUND MOTHER FUND | 309 W 49TH ST FL 19 NEW YORK, NY 10019-7316 | 263,304 |
| JPMORGAN FUND FLEXIBLE CREDIT FUND US HIGH YIELD BOND FUND | 500 STANTON CHRISTIANA RD # OPS2 NEWARK, DE 19713-2105 | 246,132 |
| PUTNAM WORLD TRUST PUTNAM GLOBAL HIGH YIELD BOND FUND | ONE POST OFFICE SQUARE BOSTON, MA 2109 | 246,132 |
| SIMON MARKETABLE LP | 1000 LAKESIDE AVENUE CLEVELAND, OH 44114 | 219,403 |
| SIMON CHARITABLE PUBLIC LLC | 25701 SCIENCE PARK DRIVE CLEVELAND, OH 44122 | 207,846 |
| COUNSEL PORTFORLIO SERVICES INC COUNSEL FIXED INCOME | ONE POST OFFICE SQUARE BOSTON, MA 2109 | 206,064 |
| PUTNAM ASSETT ALLOCATION FUND PUTNAM ASSET ALLOCATION GROWTH FUND | ONE POST OFFICE SQUARE BOSTON, MA 2109 | 194,616 |
| PUTNAM PREMIERE INCOME TRUST | C/O PUTNAM INVESTMENTS JAMES TRAIT ONE POST OFFICE SQUARE BOSTON, MA 2109 | 183,168 |
| DOMINIC SPENCER | REDACTED | 169,093 |
| FRANKLIN ADVISERS INC ACTING AS INVESTMENT MANAGER TO FRANKLIN INSTITUTIONAL GLOBAL HIGH YIELD | 1 FRANKLIN PKWY SAN MATEO, CA 94403-1906 | 167,666 |

6

| Shareholder Name | Shareholder Address | Approximate Number of Shares Held |
|---|---|---|
| COUNSEL NORTH AMERICAN HIGH YIELD BOND FUND | C/O PUTNAM INVESTMENTS JAMES TRAIT ONE POST OFFICE SQUARE BOSTON, MA 2109 | 167,444 |
| MONTGOMERY COUNTY EMPLOYEES RETIREMENT SYSTEM #MES09 | 309 W 49TH ST FL 19 NEW YORK, NY 10019-7316 | 161,942 |
| PINNACOL ASSURANCE #PII9 | 309 W 49TH ST FL 19 NEW YORK, NY 10019-7316 | 161,942 |
| WHITEPIER & CO | PO BOX 5756 BOSTON, MA 02206-5756 | 161,464 |
| STICHTING PENSIONENFONDS PENSIOENFONDS TNO | 309 W 49TH ST FL 19 NEW YORK, NY 10019-7316 | 160,272 |
| PUTNAM ASSETT ALLOCATION FUND PUTNAM DYNAMIC ASSETS ALLOCATION BALANCED FUND | ONE POST OFFICE SQUARE BOSTON, MA 2109 | 154,548 |
| STICHTING PENSIONENFONDS VOOR FYSIOTHERAPHUTEN | C/O PUTNAM INVESTMENTS JAMES TRAIT ONE POST OFFICE SQUARE BOSTON, MA 2109 | 138,599 |
| HIGH INCOME SECURITIES FUND | U S BANCORP FUND SERVICES ATTN: JOHN BUCKEL 777 E WISCONSIN AVE MILWAUKEE, WI 53202-5300 | 138,566 |
| LGT SELECT FUNDS - LGT SELECT BOND HIGH YIELD | ONE POST OFFICE SQUARE BOSTON, MA 2109 | 137,376 |
| GIM SPECIALIST INVESTMENT FUNDS GIM MULTI SECTOR CREDIT FUND HY BONDS | 500 STANTON CHRISTIANA RD # 2FL2 NEWARK, DE 19713-2105 | 120,204 |
| JPMORGAN FUNDS GLOBAL ABSOLUTE RETURN BOND FUND | 6 ROUTE DE TREVES BUILDING H SENNINGERNERG L-2633 LU LUXEMBOURG, | 120,204 |
| PUTNAM TOTAL RETURN TRUST | C/O PUTNAM INVESTMENTS JAMES TRAIT ONE POST OFFICE SQUARE BOSTON, MA 2109 | 115,481 |
| L 3 COMMUNICATIONS CORPORATION MASTER TRUST #590667 | 309 W 49TH ST FL 19 NEW YORK, NY 10019-7316 | 104,145 |
| AMERICAN CENTURY INVESTMENT TRUST - HIGH INCOME FUND | 309 W 49TH ST FL 19 NEW YORK, NY 10019-7316 | 104,114 |

7

| Shareholder Name | Shareholder Address | Approximate Number of Shares Held |
|---|---|---|
| CREDIT MARKETS INVESTMENT CORP | 4 CHASE METROTECH CTR 15TH FLR. BROOKLYN, NY 11245-0003 | 99,483 |
| JPMORGAN STRATEGIC INCOME OPPORTUNITIES FUND | 500 STANTON CHRISTIANA RD OPS 2, FL 2 NEWARK, DE 19713-2105 | 89,395 |
| WATFORD RE LTD | WATERLOO HOUSE 1ST FL 100 PITTS BAY ROAD PENBROKE HM 08 BERMUDA, | 85,720 |
| EATON VANCE FLOATING RATE INCOME TRUST | 2 INTERNATIONAL PL BOSTON, MA 02110-4104 | 80,136 |
| EATON VANCE SENIOR FLOATING RATE TRUS | 2 INTERNATIONAL PL BOSTON, MA 02110-4104 | 80,136 |
| PUTNAM MASTER INTERMEDIATE INCOME TRUST | C/O PUTNAM INVESTMENTS JAMES TRAIT ONE POST OFFICE SQUARE BOSTON, MA 2109 | 74,431 |
| PUTNAM VARIABLE TRUST PUTNAM DIVERSIFIED INCOME FUND | ONE POST OFFICE SQUARE BOSTON, MA 2109 | 74,412 |
| KARL M WEBER | REDACTED | 63,034 |
| PUTNAM ASSETT ALLOCATION FUND PUTNAM DYNAMIC ASSET ALLOCATION CONSERVATIVE FUND | ONE POST OFFICE SQUARE BOSTON, MA 2109 | 62,964 |
| PUTNAM TRUST FUND PUTNAM DYNAMIC RISK ALLOCATION FUND | ONE POST OFFICE SQUARE BOSTON, MA 2109 | 62,964 |
| ASHLEY GARBER | REDACTED | 57,080 |
| TONY HALE | REDACTED | 53,093 |
| PUTNAM RETIREMENT ADVANTAGE GAA INCOME STRATEGIES PORTFOLIO | C/O PUTNAM INVESTMENTS JAMES TRAIT ONE POST OFFICE SQUARE BOSTON, MA 2109 | 46,237 |
| BRYAN GUNDERSON | REDACTED | 45,321 |
| JPMORGAN INVESTMENT FUNDS INCOME OPPORTUNITY FUND | 500 STANTON CHRISTIANA RD OPS 2, FL 2 NEWARK, DE 19713-2105 | 44,739 |
| PETER HILL | REDACTED | 42,965 |

8

| Shareholder Name | Shareholder Address | Approximate Number of Shares Held |
|---|---|---|
| LEULIETTE PARTNERS LLC | 10130 NORTHLAKE BLVD STE 214-343<br>WEST PALM BEACH, FL 33412-1101 | 42,965 |
| SYLVIA KERRIGAN | REDACTED | 42,965 |
| JOHN ZELLITTI | REDACTED | 42,715 |
| DANIEL LOCKLEY | REDACTED | 42,269 |
| JON WILCOX | REDACTED | 39,920 |
| MICHAEL ROSS | REDACTED | 38,016 |
| PUTNAM DIVERSIFIED INCOME TRUST | C/O PUTNAM INVESTMENTS JAMES TRAIT<br>ONE POST OFFICE SQUARE<br>BOSTON, MA 2109 | 37,069 |
| TRANG DINH-PHUNG | REDACTED | 35,547 |
| DANIEL TARON | REDACTED | 35,469 |
| THE PNC FINANCIAL SERVICES GROUP INC PENSION PLAN | % SHENKMAN CAPITAL MANAGEMENT INC<br>262 HARBOR R 4TH FL<br>STAMFORD, CT 6902 | 34,864 |
| PUTNAM TOTAL RETURN FUND LLC | C/O PUTNAM INVESTMENTS JAMES TRAIT<br>ONE POST OFFICE SQUARE<br>BOSTON, MA 2109 | 34,677 |
| WHITETUNA & CO | PO BOX 5756<br>BOSTON, MA 02206-5756 | 32,625 |
| TUNAFISH & CO | PO BOX 5756<br>BOSTON, MA 02206-5756 | 30,622 |
| EATON VANCE SENIOR INCOME TRUST | 2 INTERNATIONAL PL<br>BOSTON, MA 02110-4104 | 28,620 |
| USSA MUTUAL FUNDS TRUST USAA HIGH INCOME TRUST | 9800 FREDERICKSBURG RD<br>SAN ANTONIO, TX 78288-0001 | 21,603 |
| JOHN V SIMON | REDACTED | 21,483 |
| HIGHMARK INC ENERGY OPPORTUNITY | 120 5TH AVE STE 911<br>PITTSBURGH, PA 15222-3000 | 21,156 |

| Shareholder Name | Shareholder Address | Approximate Number of Shares Held |
|---|---|---|
| DOUGLAS GRIGGS | REDACTED | 19,896 |
| JON SKAARE | REDACTED | 18,516 |
| ROBIN FRANCO | REDACTED | 17,051 |
| RICHARD GABER JR | REDACTED | 16,638 |
| TRACEY FALLANG | REDACTED | 15,507 |
| PUTNAM HIGH YIELD ADVANTAGE FUND | C/O PUTNAM INVESTMENTS JAMES TRAIT ONE POST OFFICE SQUARE BOSTON, MA 2109 | 15,143 |
| DYLAN MACKAY | REDACTED | 14,328 |
| AAREN TORRENCE | REDACTED | 13,105 |
| JOE KOVACICH | REDACTED | 12,578 |
| LIQUID CAPITAL EXCHANGE INC | 5525 N MACARTHUR BLVD STE 625 IRVING, TX 75038-2672 | 12,322 |
| HUNT OIL CO | DYKEMA COX SMITH CO MARK ANDREWS 1717 MAIN ST STE 4200 DALLAS, TX 75201-4876 | 12,125 |
| ZACHARY SNYDER | REDACTED | 10,990 |
| CULLIN JOHNSON | REDACTED | 10,739 |
| DANIEL BURCH | REDACTED | 10,176 |
| KATHRYN MICHELLE HUGHES | REDACTED | 9,174 |
| REBECCA L HOYT | REDACTED | 8,557 |
| TASHA MENDEZ | REDACTED | 8,509 |
| PUTNAM DIVERSIFIED INCOME TRUST CAYMAN MASTER FUND | ONE POST OFFICE SQUARE BOSTON, MA 2109 | 7,582 |

27869652.1

| Shareholder Name | Shareholder Address | Approximate Number of Shares Held |
|---|---|---|
| HARE & CO LLC | C/O BNY MELLON<br>ATTN: BOX # 11203<br>500 ROSS STREET 154-0455<br>PITTSBURGH, PA 15262-0001 | 7,346 |
| RANDALL JOENS | REDACTED | 7,310 |
| KAPITALFORENINGEN INDUSTRIENS PENSION HIGH YIELD OBLIGATIONER III # KZZ08 | 309 W 49TH ST FL 19<br>NEW YORK, NY 10019-7316 | 7,236 |
| DALE ROBERTSON | REDACTED | 7,063 |
| DONALD MAPES | REDACTED | 6,981 |
| PUTNAM VT HIGH YIELD FUND | C/O PUTNAM INVESTMENTS JAMES TRAIT<br>ONE POST OFFICE SQUARE<br>BOSTON, MA 2109 | 6,903 |
| ALEXANDER ANDERSEN | REDACTED | 6,625 |
| JESSE MITCHELL | REDACTED | 6,566 |
| RAYMOND PEMPENGCO | REDACTED | 6,552 |
| TRACY STAHL | REDACTED | 6,533 |
| RUTH ELDER | REDACTED | 6,410 |
| TYLER LESYINSKI | REDACTED | 6,125 |
| STATE OF NEW JERSEY COMMON PENSION FUND | PO BOX 290<br>TRENTON, NJ 08625-0290 | 6,123 |
| PUTNAM RETIREMENT ADVANTAGE GAA BALANCE PORTFOLIO | C/O PUTNAM INVESTMENTS JAMES TRAIT<br>ONE POST OFFICE SQUARE<br>BOSTON, MA 2109 | 5,834 |
| PUTNAM RETIREMENT ADVANTAGE GAA GROWTH PORTFOLIO | C/O PUTNAM INVESTMENTS JAMES TRAIT<br>ONE POST OFFICE SQUARE<br>BOSTON, MA 2109 | 5,833 |
| PUTNAM HIGH YIELD FIXED INCOME FUND LLC | C/O PUTNAM INVESTMENTS JAMES TRAIT<br>ONE POST OFFICE SQUARE<br>BOSTON, MA 2109 | 5,833 |

27869652.1

| Shareholder Name | Shareholder Address | Approximate Number of Shares Held |
|---|---|---|
| PUTNAM VARIABLE TRUST PUTNAM VT GLOBAL ASSET ALLOCATION FUND | ONE POST OFFICE SQUARE BOSTON, MA 2109 | 5,724 |
| SHELLWATER & CO | PO BOX 5756 BOSTON, MA 02206-5756 | 5,566 |
| PAUL HILGENKAMP | REDACTED | 5,159 |
| NOMURA MULTI MANAGERS FUND II US HIGH YIELD BOND 29956 | 309 W 49TH ST FL 19 NEW YORK, NY 10019-7316 | 5,010 |
| GREAT WEST PUTNAM HIGH YIELD BOND FUND | C/O PUTNAM INVESTMENTS JAMES TRAIT ONE POST OFFICE SQUARE BOSTON, MA 2109 | 4,898 |
| ANDREW HARRISON | REDACTED | 4,786 |
| REBECCA HALE | REDACTED | 4,726 |
| NICKOLAS FRANK | REDACTED | 4,707 |
| BRIAN JONES | REDACTED | 4,638 |
| BRITTNY KALLEVIG | REDACTED | 4,595 |
| NORTH DAKOTA STATE UNIVERSITY | PIPPIN LAW FIRM ATTN T KALIL 111 E BROADWAY PO BOX 1487 WILLISTON, ND 58801 | 4,509 |
| FRANKLIN ADVISER IN ACTING AS INVESTMENT MANAGER TO CIGNA PENSION PLAN FOR CERTAIN FORMER EMPLOYEES | 1 FRANKLIN PKWY SAN MATEO, CA 94403-1906 | 4,453 |
| ERIN JOHNSON | REDACTED | 4,059 |
| ANNA SOLODUKHINA | REDACTED | 3,868 |
| CHRISTIE BALDERSTON | REDACTED | 3,590 |
| GABRIEL MARTINEZ | REDACTED | 3,501 |
| REBECCA HOYT | REDACTED | 3,376 |

12

| Shareholder Name | Shareholder Address | Approximate Number of Shares Held |
|---|---|---|
| CHRIS NELSON | REDACTED | 3,335 |
| HOW & COMPANY EATON VANCE MGMT- HIGH YIRLD BOND DEPT. | 2 INTERNATIONAL PL BOSTON, MA 02110-4104 | 3,116 |
| JOEL SMELLEY | REDACTED | 3,035 |
| SCOTT METCALF | REDACTED | 2,954 |
| STEPHEN HENDRIX | REDACTED | 2,954 |
| ROBERT SCHELSTRATE | REDACTED | 2,894 |
| NOMURA US ATTRACTIVE YIELD CORPORATE BOND FUND MOTHER FUND | 309 W 49TH ST FL 19 NEW YORK, NY 10019-7316 | 2,783 |
| JOSHUA ENTZEL | REDACTED | 2,741 |
| BRANDI PACOVSKY | REDACTED | 2,741 |
| GARVIN E. LEINTZ JR. | REDACTED | 2,571 |
| LANE OBERGFELL | REDACTED | 2,420 |
| JPMORGAN FUNDS FLEXIBLE CREDIT FUND | 500 STANTON CHRISTIANA RD OPS 2, FL 2 NEWARK, DE 19713-2105 | 2,225 |
| PWT PUTNAM GLOBAL HIGH YIELD BOND FUND | C/O PUTNAM INVESTMENTS JAMES TRAIT ONE POST OFFICE SQUARE BOSTON, MA 2109 | 2,114 |
| COUNSEL FIXED INCOME | C/O PUTNAM INVESTMENTS JAMES TRAIT ONE POST OFFICE SQUARE BOSTON, MA 2109 | 1,782 |
| PUTNAM DYNAMIC ASSET ALLOCATION GROWTH FUND | C/O PUTNAM INVESTMENTS JAMES TRAIT ONE POST OFFICE SQUARE BOSTON, MA 2109 | 1,670 |

| Shareholder Name | Shareholder Address | Approximate Number of Shares Held |
|---|---|---|
| STICHTING PENSIOENFONDS HOOGOVENS | NOMURA CORPORATE RESEARCH AND ASSET MANAGEMENT INC 309 WEST 49TH STREET 19TH FLOOR NEW YORK, NY 10019-7316 | 1,670 |
| JARED DANIELS | REDACTED | 1,634 |
| NICOLAS SMITH | REDACTED | 1,575 |
| PUTNAM PREMIER INCOME TRUST | C/O PUTNAM INVESTMENTS JAMES TRAIT ONE POST OFFICE SQUARE BOSTON, MA 2109 | 1,557 |
| PATRICIA LAJAN HICKS | REDACTED | 1,514 |
| ROCHELLE RESENDEZ | REDACTED | 1,473 |
| PACIFIC SELECT FUND FLOATING RATE LOAN PORTFOLIO | 2 INTERNATIONAL PL BOSTON, MA 02110-4104 | 1,335 |
| PUTNAM DYNAMIC ASSET ALLOCATION BALANCE FUND | C/O PUTNAM INVESTMENTS JAMES TRAIT ONE POST OFFICE SQUARE BOSTON, MA 2109 | 1,335 |
| LGT SELECT BOND HIGH YIELD | C/O PUTNAM INVESTMENTS JAME TRAIT ONE POST OFFICE SQUARE BOSTON, MA 2109 | 1,223 |
| TIMOTHY MCINTYRE | REDACTED | 1,154 |
| LARRY HATTER | REDACTED | 1,154 |
| BBH CO CUST FOR BBH LUX FBO GIM SPECIALIST INVESTMENT FUNDS | ATTN CORP ACTIONS VAULT 140 BROADWAY NEW YORK, NY 10005-1108 | 1,113 |
| JP MORGAN FUNDS GLOBAL ABSOLUTE RETURN BOND FUND | 60 VICTORIA EMBANKMENT LONDON, EC4YOJP | 1,113 |
| CHRISTOPHER CHILDERS | REDACTED | 1,064 |
| JAMES WEAVER | REDACTED | 1,019 |
| PLYMOUTH COUNTY RETIREMENT ASSOCIATION | 2 INTERNATIONAL PL BOSTON, MA 02110-4104 | 1,000 |

| Shareholder Name | Shareholder Address | Approximate Number of Shares Held |
|---|---|---|
| JARED V. DANIELS | REDACTED | 997 |
| AUSTIN ARNDT | REDACTED | 933 |
| DONNA PHILLIPS | REDACTED | 839 |
| RESORTSKYS & CO | PO BOX 5756 BOSTON, MA 02206-5756 | 779 |
| RESORTLAKE & CO | PO BOX 5756 BOSTON, MA 02206-5756 | 779 |
| PUTNAM VT DIVERSIFIED INCOME FUND | C/O PUTNAM INVESTMENTS JAMES TRAIT ONE POST OFFICE SQUARE BOSTON, MA 2109 | 666 |
| PUTNAM MASTER INTERMEDIAT INCOME TRUST | C/O PUTNAM INVESTMENTS JAMES TRAIT ONE POST OFFICE SQUARE BOSTON, MA 2109 | 647 |
| PUTNAM DYNAMIC ASSET ALLOCATION CONSERVATIVE FUND | C/O PUTNAM INVESTMENTS JAMES TRAIT ONE POST OFFICE SQUARE BOSTON, MA 2109 | 555 |
| PUTNAM DYNAMIC RISK ALLOCATION FUND | C/O PUTNAM INVESTMENTS JAMES TRAIT ONE POST OFFICE SQUARE BOSTON, MA 2109 | 554 |
| CYNTHIA BELLIS | REDACTED | 465 |
| RESORTPEARL & CO | PO BOX 5756 BOSTON, MA 02206-5756 | 333 |
| PUTNAM VT GLOBAL ASSET ALLOCATION FUND | C/O PUTNAM INVESTMENTS JAMES TRAIT ONE POST OFFICE SQUARE BOSTON, MA 2109 | 110 |
| JPMORGAN FUNDS INCOME OPPORTUNITY PLUS FUND | 500 STANTON CHRISTIANA RD OPS 2 FL 2 NEWARK, DE 19713-2105 | 46 |
| PUTNAM HIGH INCOME SECURITIES FUND | CO PUTNAM INVESTMENTS JAMES TRAIT ONE POST OFFICE SQUARE BOSTON, MA 2109 | 33 |

15

| Shareholder Name | Shareholder Address | Approximate Number of Shares Held |
|---|---|---|
| NOMURA HIGH YIELD FUND #847887 | 309 W 49TH ST FL 19<br>NEW YORK, NY 10019-7316 | 31 |

16

Fill in this information to identify the case:

Debtor Name     Nine Point Energy Holdings, Inc.

United States Bankruptcy Court for the: District of Delaware

Case number (*If known*): _____     Chapter    11

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors      12/15

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐     *Schedule A/B: Assets–Real and Personal Property (Official Form 206A/B)*

☐     *Schedule D: Creditors Who Have Claims Secured by Property (Official Form 206D)*

☐     *Schedule E/F: Creditors Who Have Unsecured Claims (Official Form 206E/F)*

☐     *Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G)*

☐     *Schedule H: Codebtors (Official Form 206H)*

☐     *Summary of Assets and Liabilities for Non-Individuals (Official Form 206Sum)*

☐     *Amended Schedule _____*

☒     *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 30 Largest Unsecured Claims and Are Not Insiders (Official Form 204)*

☒     *Other document that requires a declaration* Corporate Ownership Statement and List of Equity Security Holders

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    03/15/2021
            MM / DD / YYYY

✗  */s/ Dominic Spencer*
Signature of individual signing on behalf of debtor

Dominic Spencer
Printed name

Authorized Signatory
Position or relationship to debtor